UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **PEDRO VICTOR MENDEZ HERNANDEZ #A245-484-590,** Petitioner -vs- **KANDRA ROBBINS ET AL,** Respondents | **CASE NO. 1:25-CV-01289** **SEC P** **JUDGE DRELL** **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, (ECF No. 4) noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1) is DISMISSED WITH PREJUDICE.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. § 2253, HEREBY DENIES a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

Additionally, the Court notes the copy of the report and recommendation mailed December 12, 2025 to Mr. Darryl Puderer at La Salle ICE Processing Center, 830 Pine Hill Road, Jena, LA 71342 was marked as Return to Sender, Refused - Unable to Forward, and returned to the Clerk

of Court on December 18, 2025, but no correction to Defendant's address has been received by the Court. This is another reason for dismissal. Accordingly,

**IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**THUS, ORDERED AND SIGNED** in Chambers at Alexandria, Louisiana, on this 5th day of ~~December 30~~ January, 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT